## SMITH v. ROBERTSON.

[No. 13,209.   Filed March 8, 1929.]

*Beasley, Aikman, O'Brien & Beasley,* for appellant.

PER CURIAM.—Appellee has filed no brief, and appellant having shown *prima facie* error, judgment reversed without prejudice.

## SPRAY v. SHORT.

[No. 13,135.   Filed November 23, 1928.   Rehearing denied March 8, 1929.]

*Edward P. Elsner* and *Thomas H. Branaman,* for appellant. *Montgomery & Montgomery,* for appellee.

PER CURIAM.—Affirmed.

## HOBBS ET AL. v. HOBBS ET AL.

[No. 13,378.   Filed March 13, 1929.]

*Leo H. Fisher,* for appellants. *W. E. Cox,* for appellees.

PER CURIAM.—Affirmed.